THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* JAMES GIBBONS, Defendant-Appellant.

(No. 72-142;

Second District—February 26, 1974.

688

Opinion by Mr. JUSTICE RECHENMACHER.

Ralph Ruebner, Deputy Defender, of Elgin (Richard Wilson, Assistant Appellate Defender, of counsel), for appellant.

Jack Hoogasian, State's Attorney, of Waukegan (James W. Jerz and Thomas Sullivan, both of Model District State's Attorneys Office, of counsel), for the People.